**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00172-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ANTHONY RAY SIRACUSA,

    Plaintiff,

v.

STATE OF COLORADO,
COLORADO DEPT. OF CORRECTIONS,
FREMONT COUNTY SHERIFF, Colorado,
STATE OF FLORIDA,
PINELLAS COUNTY CLERK, Florida, and
UNITED STATES POSTAL SERVICE, Cañon City, CO,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

On January 22, 2015, Plaintiff submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___     is not submitted
(2)   ___     is missing affidavit
(3)   _X_     Missing a certified prisoner's trust fund statement for the most immediate
                    six months prior to Plaintiff filing this action (Plaintiff does not state he

1

|      |      |                                                                                                              |
|------|------|--------------------------------------------------------------------------------------------------------------|
|      |      | requested a statement and his request was denied; nor does he provide documentation of a denial of his request.) |
| (4)  | ____ | is missing certificate showing current balance in prison account                                             |
| (5)  | ____ | is missing required financial information                                                                    |
| (6)  | ____ | is missing authorization to calculate and disburse filing fee payments                                       |
| (7)  | ____ | is missing an original signature by the prisoner                                                             |
| (8)  | ____ | is not on current Court-approved form                                                                        |
| (9)  | ____ | names in caption do not match names in caption of complaint, petition or habeas application                  |
| (10) | ____ | other:                                                                                                       |

**Complaint, Petition or Application**:

| (11) | ____ | is not submitted |
| (12) | ____ | is not on proper form |
| (13) | ____ | is missing an original signature by the prisoner |
| (14) | ____ | is missing page nos. ____ |
| (15) | ____ | uses et al. instead of listing all parties in caption |
| (16) | ____ | names in caption do not match names in text |
| (17) | ____ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application and provide answers to questions set forth on Court-approved form |
| (18) | ____ | other: Plaintiff must state how each named defendant participated in alleged constitutional violation |

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty   days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.   It is

DATED January 22, 2016, at Denver, Colorado.

BY THE COURT:

  s/ Gordon P. Gallagher
United States Magistrate Judge

2